PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**FILED**
JAN 15 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Larry James Mechler | Case Number: 5:16-CR-00481-DAE(1) |
| Name of Sentencing Judicial Officer: | Honorable David A. Ezra, Senior United States District Judge |
| Date of Original Sentence: | December 5, 2016 |
| Original Offense: | Failure to Register as a Sex Offender, in violation of 18 U.S.C. 2250(a) |
| Original Sentence: | Twenty four (24) months custody followed by a five (5) year term of supervised release. |
| Type of Supervision: Supervised Release | Date Supervision Commenced: March 12, 2018 |

## PREVIOUS COURT ACTION

On July 12, 2018, a Probation Form 12B, Request for Modifying the Conditions or Term of Supervision with Consent of the Offender was filed with the Court. The Court approved the modification for sex-offense specific assessment.

## PETITIONING THE COURT

☐ To extend the term of supervision __ years, for a total of __ years.
☒ To modify the conditions of supervision as follows:

**The defendant shall participate in a sex offense-specific treatment program and submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure compliance with the requirements of supervision or the treatment program. The defendant shall follow the rules and regulations of the program. The probation officer will supervise the defendant's participation in the program (provider, location, modality, duration, intensity, etc). The defendant shall pay the costs of the program if financially able.**

**The defendant shall submit to periodic polygraph testing at the instruction of the probation officer as a means to ensure compliance with the requirements of supervision.**

## CAUSE

On December 5, 2016, Larry James Mechler was sentenced to twenty four (24) months custody followed by a five (5) year term of supervised release, for the offense of Failure to Register as a Sex Offender, in Dkt. No. 5:16-CR-00481-DAE(1). At the time of sentencing, the offender was not ordered sex-offender specific special conditions or assessments. According to the presentence report, Mr. Mechler has prior convictions for: Murder, Indecency with

Larry James Mechler
5:16-CR-00481-DAE(1)
January 10, 2019
Page 2

Child Contact, Improper Lane Usage, Driving While Intoxicated, and Driving While Intoxicated 2nd. The offender released from custody and commenced his term of supervised release on March 12, 2018.

It should be noted, the instant offense for failure to register stems from the offender's conviction and sentence on May 5, 1993, for Indecency with Child Contact, in Dkt. No.: 91DR6115, in the 290th Judicial District Court, Bexar County, Texas. *Specifically,* beginning on about March 1990 until January 1991, the defendant committed the offense of Indecency with Child Contact, in that the defendant committed an act of sexual penetration and had sexual intercourse with a 13 year old child. The conviction qualified Mechler as a Teir III offender under the Adam Walsh Act. In the states of Maine and Texas, Mr. Mechler has a lifetime duty to register.

On October 17, 2018, Larry James Mechler completed a sex offender assessment at Wodkins & Reed Counseling Services, Inc. Based on the results of the assessment, it was recommended Mr. Mechler be administered a polygraph and attend a sex offender treatment program.

Based on Mr. Mechler's criminal history and the results of the sex offender assessment, this officer respectfully requests the addition of the special conditions as listed above. On December 20, 2018, Mr. Mechler agreed to the modifications and signed a Probation Form 49, waiving his right to a hearing before the Court.

Approved:

Jennifer R. Cordova
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5365

Respectfully submitted,

Daniel C. Barron Jr.
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 55376
Date: January 10, 2019

cc: Tracy Thompson
    Assistant U.S. Attorney

---

THE COURT ORDERS:

☐ None.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

Honorable David Ezra
Senior U.S. District Judge

Jan. 15, 2019
Date

PROB 49
(3/89)

# United States District Court
# Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

**The defendant shall participate in a sex offense-specific treatment program and submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure compliance with the requirements of supervision or the treatment program. The defendant shall follow the rules and regulations of the program. The probation officer will supervise the defendant's participation in the program (provider, location, modality, duration, intensity, etc). The defendant shall pay the costs of the program if financially able.**

**The defendant shall submit to periodic polygraph testing at the instruction of the probation officer as a means to ensure compliance with the requirements of supervision.**

Witness: _/s/ Daniel C. Barron Jr._
~~Daniel~~ C. Barron Jr.
U.S. Probation Officer

Signed: _/s/ Larry Mechler_
Larry James Mechler

Date: _12-20-16_